United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

P.F.,[1]

Plaintiff,

v.

SSA COMMISSIONER,

Defendant.

Case No. 25-cv-03174-PHK

**FINAL JUDGMENT**

Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED** that the above-captioned action is reversed and remanded to the Commissioner of Social Security for further proceedings consistent with this Court's Order of September 30, 2026. *See* Dkt. 10. In accordance with Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 6, 2026



PETER H. KANG
United States Magistrate Judge

[1] In actions involving requested review of a decision by the Commissioner of the Social Security Administration, the Court generally uses the first name and last name initials of the plaintiff in the Court's public orders out of an abundance of caution and regard for the plaintiff's potential privacy concerns.